# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

      V.        **JUDGMENT IN A CIVIL CASE**

CODE COLLECTIONS,

            CASE NUMBER: 10cv0112 JM(WVG)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot. The Clerk of Court is instructed to dismiss the action without prejudice...................................................................................................................................................................................................................................................

| January 21, 2010 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

                S/ T. Lee
                (By) Deputy Clerk

                ENTERED ON January 21, 2010